# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1464
Lower Tribunal No. 2023-CA-005430

_____

PUBLIX SUPER MARKETS, INC.,

Appellant,

v.

THE CHARTER OAK FIRE INSURANCE COMPANY, TRI-COUNTY SWEEPING SERVICES, INC.,
and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

Appellees.

_____

Appeal from the Circuit Court for Polk County.
Jennifer A. Swenson, Judge.

March 17, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, BROWNLEE and KAMOUTSAS, JJ., concur.


Stephen R. Senn and E. Blake Paul, of Peterson & Myers, P.A., Lakeland, and Robert H. Friedman, of Friedman, P.A., Palm Beach, for Appellant.

Sarah Hafeez, of Hinshaw & Culbertson LLP, Fort Lauderdale, Marissa I. Delinks, of Hinshaw & Culbertson LLP, Boston, Massachusetts, and James H. Wyman, of Hinshaw & Culbertson LLP, Coral Gables, for Appellees, The Charter Oak Fire Insurance Company and Travelers Property Casualty Company of America.

No Appearance for Appellee, Tri-County Sweeping Services, Inc.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED